IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN S. SEEFELDT,

    Plaintiff,                              No. 2:08-cv-3123 JFM (PC)

    vs.

CALIFORNIA FORENSIC MEDICAL
GROUP, et al.,

    Defendants.

_____/    <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint pursuant to 42 U.S.C. § 1983. On April 14, 2009, plaintiff filed a motion to stay this action pending plaintiff's brain surgery and his recovery therefrom. On April 15, 2009, defendants Kadavari, Purcell and Lewis filed a statement of non-opposition to the motion and asked the court to stay all dates previously set in this action.

        To date, no scheduling order has issued. Service of process on two defendants, Stanton and Norris, remains outstanding.

        Good cause appearing, the court will refrain from issuing a scheduling order and will stay this case pending plaintiff's recovery. However, plaintiff shall file a status report within sixty days from the date of his brain surgery, advising the court of the status of his recovery.

1

1          In accordance with the above, IT IS HEREBY ORDERED that:

2          1. Plaintiff's April 14, 2009 motion for stay is granted; and

3          2. Within sixty days from the date surgery is performed on plaintiff, he shall file a status report advising the court of the status of his recovery.

DATED: April 16, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; seef3123.sty