IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN S. SEEFELDT,

    Plaintiff,                                  No. 2:08-cv-3123 JFM (PC)

    vs.

CALIFORNIA FORENSIC MEDICAL
GROUP, et al.,

    Defendants.

_____/        <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint pursuant to 42 U.S.C. § 1983. On April 17, 2009, this action was stayed pending plaintiff's brain surgery and recovery therefrom. On May 18, 2009 and May 21, 2009, plaintiff filed a series of motions seeking sanctions against Solano County, requesting a court order to allow plaintiff to perform legal work with another inmate, and complaining that while he was having surgery someone went through his legal mail, read it, and misplaced and took certain items from his legal materials. Plaintiff seeks a court order enabling him to attend a court hearing.

        However, plaintiff concedes he is still recovering from brain surgery and it will take him several months to complete said recovery.

1

1 | This action is presently stayed. There are no court dates presently scheduled, so the court is not required to issue an order to enable plaintiff to attend. There are no deadlines pending and plaintiff is not required to file anything at this time, other than to notify the court of his condition sixty days after the surgery. Accordingly, plaintiff's motions will be denied without prejudice. The Clerk of Court will be directed to send plaintiff a copy of the court's docket sheet which should assist plaintiff in reorganizing his legal materials once he has recovered from brain surgery.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's May 18, 2009 and May 21, 2009 motions (docket nos. 27, 28, 29 & 30) are denied without prejudice; and

2. The Clerk of the Court is directed to send plaintiff a copy of the docket sheet for the instant action.

DATED: May 28, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; seef3123.pre