IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN S. SEEFELDT,

     Plaintiff,                                    No. 2:08-cv-3123 JFM (PC)

     vs.

CALIFORNIA FORENSIC MEDICAL         ORDER TO STAY AND
GROUP, et al.,                                  REVISED SCHEDULING
                                                     ORDER

     Defendants.

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint pursuant to 42 U.S.C. § 1983. On November 3, 2009, plaintiff filed a second motion to stay this action in light of plaintiff's medical condition. On November 9, 2009, defendants Kadavari, Purcell and Lewis filed a statement of non-opposition to the motion and asked the court to extend the deadlines previously set in this action to reflect the six month stay.

        On August 28, 2009, this court issued a scheduling order setting the discovery deadline for November 30, 2009 and the pretrial motions deadline for February 1, 2010. The discovery deadline will be reset for two months after the stay is lifted. The pretrial motions deadline is reset for five months after the stay is lifted. In all other respects, the August 28, 2009 scheduling order remains in effect.

1

1  Good cause appearing, plaintiff's motion for stay will be granted.  Plaintiff is
2  cautioned that no motions will be entertained during the stay of this action, and all pending
3  motions will be denied without prejudice to their renewal once the stay is lifted.  Plaintiff must
4  file a request to lift the stay at the end of the six month period.
5  In accordance with the above, IT IS HEREBY ORDERED that:
6  1.  Plaintiff's November 3, 2009 motion for stay (#58) is granted.
7  2.  Plaintiff's pending motions (#51, 52) are denied without prejudice to their
8  renewal once the stay is lifted.
9  3.  This action is stayed for six months.  At the end of the six month period,
10 plaintiff shall file a request to lift the stay.
11 4.  The November 30, 2009 discovery deadline is extended to two months after
12 the stay is lifted.
13 5.  The February 1, 2010 pretrial motions deadline is extended to five months after
14 the stay is lifted.
15 DATED:  November 11, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; seef3123.sty2