IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN S. SEEFELDT,

      Plaintiff,                    No. 2:08-cv-3123 JFM (PC)

    vs.

CALIFORNIA FORENSIC MEDICAL GROUP, et al.,

      Defendants.              ORDER

                            /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 12, 2009, the court stayed this action in light of plaintiff's medical condition. On May 11, 2010, plaintiff filed a motion to lift the stay.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 11, 2010 motion is granted; the November 12, 2009 stay is lifted and the Clerk of the Court is directed to reopen this action;

        2. The discovery deadline is extended to July 20, 2010;

        3. All pretrial motions, except motions to compel discovery, shall be filed on or before October 20, 2010; and

/////

1

4. In all other respects, the August 28, 2009 scheduling order remains in effect.

DATED: May 18, 2010.

                                        UNITED STATES MAGISTRATE JUDGE

/014.seef3123.sty3