IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN S. SEEFELDT,

      Plaintiff,                        No. 2:08-cv-3123 JFM (PC)

    vs.

CALIFORNIA FORENSIC MEDICAL GROUP, et al.,

      Defendants.                   ORDER

                              /

         Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 13, 2010, defendants Tom Norris and Gary Stanton filed a motion to compel plaintiff's deposition and motion for sanctions. Defendants claim they served plaintiff a notice of deposition on May 25, 2010 at plaintiff's last known address. The deposition was scheduled for July 12, 2010 in Sacramento. Plaintiff failed to appear at the deposition.

         In light of the July 20, 2010 discovery deadline, IT IS HEREBY ORDERED that:

         1. Defendants' July 13, 2010 motion to compel and motion for sanctions is granted in part;

         2. The discovery deadline is extended to August 20, 2010 only to the extent it is necessary for defendants to depose plaintiff; and

1

1    3.  Plaintiff is ordered to show cause, in writing, on or before August 4, 2010 why sanctions should not be imposed for his failure to appear at the scheduled July 12, 2010 deposition.

DATED: July 20, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014.seef3123.mtc