IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN S. SEEFELDT,

     Plaintiff,                             No. 2:08-cv-3123 JFM (PC)

     vs.

CALIFORNIA FORENSIC MEDICAL
GROUP, et al.,

     Defendants.                         <u>ORDER</u>

                              /

          Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 13, 2010, defendants Tom Norris and Gary Stanton filed a motion to compel plaintiff's deposition and motion for sanctions. Defendants claimed they served plaintiff a notice of deposition on May 25, 2010 at plaintiff's last known address. The deposition was scheduled for July 12, 2010 in Sacramento. Plaintiff failed to appear at the deposition. Defendants sought a continuance of the discovery deadline and sanctions.

          On July 20, 2010, this court extended the discovery deadline and ordered plaintiff to show cause on or before August 4, 2010 why sanctions should not be imposed. Plaintiff has not responded to the court's order.

/////

1

Accordingly, IT IS HEREBY ORDERED that

1. Defendants' July 13, 2010 motion for expenses is granted; and

2. Plaintiff is ordered to pay expenses in the amount of $525.00 to defendants.

DATED: August 9, 2010.

UNITED STATES MAGISTRATE JUDGE

/014.seef3123.mtc2